# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT FISKE,<br>   Plaintiff,<br> v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br>   Defendant. | )<br>)<br>)<br>) **Case No.: 1:11-cv-11536-PBS**<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

 NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


/S/ Craig Thor Kimmel
 Craig Thor Kimmel
 Attorney ID # 662924
 Kimmel & Silverman, P.C.
 30 E. Butler Pike
 Ambler, PA 19002
 Phone: (215) 540-8888
 Fax: (877) 778-2864
 Email: kimmel@creditlaw.com